**COMMONWEALTH of Kentucky, Movant,**

v.

**Michael Kent KLEE, Respondent.**

Supreme Court of Kentucky.

March 9, 1983.

Steven L. Beshear, Atty. Gen., Robert V. Bullock, Asst. Atty. Gen., Frankfort, for movant.

William E. Johnson, Johnson, Judy, Stoll, Keenon & Park, Frankfort, for respondent.

## OPINION AND ORDER

The motion of the Commonwealth of Kentucky for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered October 29, 1982, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Commonwealth of Kentucky v. McIntosh*, Ky., 646 S.W.2d 43, rendered February 16, 1983.

STEPHENS, C.J., and AKER, LEIBSON, STEPHENSON, VANCE and WINTERSHEIMER, JJ., sitting.

All concur.

/s/ Robert F. Stephens
Chief Justice